[Nos. 43085-8-I; 43462-4-I.    Division One.    February 7, 2000.]

BRUCE L. BANNING, ET AL., *Appellants*, v. KING COUNTY, ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for King County, No. 97-2-11623-6, Steven G. Scott, J., entered June 26 and September 22, 1998. *Affirmed* by unpublished opinion per Kennedy, C.J., concurred in by Grosse and Agid, JJ.

[No. 43628-7-I.    Division One.    February 7, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW WAYNE BRYAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-05767-6, Faith Ireland, J., entered October 23, 1998. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 43947-2-I.    Division One.    February 7, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. WADE M. SIMMONS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-04601-1, Glenna Hall, J., entered December 14, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 44197-3-I.    Division One.    February 7, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. Y.M., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-00016-3, Glenna Hall, J., entered July 28, 1999. *Affirmed* by unpublished per curiam opinion.